**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6445**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JABRELL CRAIG SMITH,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:19-cr-00312-WO-1)

Submitted:  May 19, 2025                     Decided:  June 5, 2025

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jabrell Craig Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabrell Craig Smith appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have reviewed the record and Smith's claims and find no abuse of discretion. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019). Accordingly, we affirm the district court's order. *United States v. Smith*, No. 1:19-cr-00312-WO-1 (M.D.N.C. Apr. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*